| | |
|---|---|
| 1 | SEAN REIS (sreis@edelson.com) |
| | EDELSON MCGUIRE, LLP |
| 2 | 30021 Tomas Street, Suite 300 |
| | Rancho Santa Margarita, California 92688 |
| 3 | Telephone: (949) 459-2124 |
| | Facsimile: (949) 459-2123 |
| 4 | |
| 5 | MYLES MCGUIRE (mmcguire@edelson.com) |
| | EDELSON MCGUIRE, LLC |
| 6 | 350 North LaSalle Street, Suite 1300 |
| | Chicago, Illinois 60654 |
| 7 | Telephone: (312) 589-6370 |
| | Facsimile: (312) 589-6378 |
| 8 | |
| 9 | *Attorneys for Plaintiff and the putative class* |
| 10 | DOMINIC SUPRENANT (ds@quinemanuel.com) |
| | MICHAEL T. LIFRAK (michaellifrak@quinemanuel.com) |
| 11 | IRIS K. WOON (iriswoon@quinemanuel.com) |
| | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 12 | 865 South Figueroa Street, 10th Floor |
| 13 | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| 14 | Facsimile: (213) 443-3100 |
| 15 | *Attorneys for Defendant* |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY BARLOW, an individual, on behalf of himself and all others similarly situated, | ) ) ) | SACV Case No. 09 cv 00317 CJC (AN) ORDER ON |
| Plaintiff, | ) ) ) | PARTIES' STIPULATION OF DISMISSAL PURSUANT TO FEDERAL |
| v. | ) ) | RULE OF CIVIL PROCEDURE 41(a)(1) |
| BOOST MOBILE, LLC, a Delaware limited liability company, | ) ) ) | Hon. Cormac J. Carney |
| Defendant. | ) ) ) | Action Filed: March 13, 2009 |

PARTIES' STIPULATION OF DISMISSAL
Case No. 09 cv 00317 CJC (AN)

1  Plaintiff GARY BARLOW and Defendant BOOST MOBILE, LLC (collectively the
2  "Parties") hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) to the dismissal of
3  all claims against Defendant Boost Mobile, LLC in this action *with prejudice*.  In support of this
4  stipulation, the Parties state as follows:

5  **WHEREAS**, on September 3, 2008, Plaintiff filed his putative class action complaint in the
6  Superior Court of the State of California, County of Orange;

7  **WHEREAS**, on March 13, 2009, Defendant removed the case to this Court;

8  **WHEREAS**, on August 12, 2009, the Parties requested that the Court stay all proceedings
9  pending ongoing settlement discussions;

10  **WHEREAS**, on February 24, 2010, Judge Stuart E. Palmer of the Circuit Court of Cook
11  County, Illinois granted final approval to the class action settlement in the matter of *Parone, et al. v.*
12  *m-Qube, Inc. et al.*, No. 08 CH 15834 (Cook Cty. Ill.) (the "*Parone* matter");

13  **WHEREAS**, the class action settlement in the *Parone* matter included and released all
14  claims against Defendant in this case;

15  **NOW THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows:

16  1.  All claims against Defendant Boost Mobile, LLC in this action are dismissed
17  with prejudice;

18  2.  Defendant will not seek reimbursement of attorneys' fees or costs related to
19  the claims in this case.

20  **IT IS SO STIPULATED.**

IT IS SO ORDERED

Dated 3/1/10

United States District Judge

PARTIES' STIPULATION OF DISMISSAL
Case No. 09 cv 00317 CJC (AN)

2